| BK Case | 14-29358 | * Prior to 12/2011 payment changes were not |  |  |
| --- | --- | --- | --- | --- |
| BK Filing Date | 12/22/2014 | required to be filed in courts or with Proof of |  |  |
| First Post pet date | 1/1/2015 | claim |  |  |
| **Pmt Change Filed** | **Effective date** | **Amount** |  |  |
| POC pmt Filed | 1/1/2015 | $ 1,405.52 |  |  |
| POC pmt Filed | 1/1/2016 | $ 1,510.72 |  |  |
| POC pmt Filed | 1/1/2017 | $ 1,518.68 |  |  |
| POC pmt Filed | 6/1/2019 | $1,534.70 |  |  |
| **Date Rcvd** | **Amount Rcvd/Rvd** | **Amount Due** | **Due Date** | **Suspense** |
| 1/20/2015 | $1,430.57 | $ 1,405.52 | 1/1/2015 | $25.05 |
| 2/24/2015 | $1,430.57 | $ 1,405.52 | 2/1/2015 | $50.10 |
| 3/30/2015 | $1,430.57 | $ 1,405.52 | 3/1/2015 | $75.15 |
| 4/28/2015 | $1,430.57 | $ 1,405.52 | 4/1/2015 | $100.20 |
| 6/2/2015 | $1,430.57 | $ 1,405.52 | 5/1/2015 | $125.25 |
| 7/7/2015 | $1,430.57 | $ 1,405.52 | 6/1/2015 | $150.30 |
| 8/11/2015 | $1,430.57 | $ 1,405.52 | 7/1/2015 | $175.35 |
| 9/15/2015 | $1,430.57 | $ 1,405.52 | 8/1/2015 | $200.40 |
| 11/10/2015 | $1,430.57 | $ 1,405.52 | 9/1/2015 | $225.45 |
| 12/8/2015 | $1,430.57 | $ 1,405.52 | 10/1/2015 | $250.50 |
| 1/5/2016 | $1,430.57 | $ 1,405.52 | 11/1/2015 | $275.55 |
| 2/9/2016 | $1,430.57 | $ 1,405.52 | 12/1/2015 | $300.60 |
| 3/8/2016 | $1,430.57 | $ 1,510.72 | 1/1/2016 | $220.45 |
| 4/12/2016 | $1,430.57 | $ 1,510.72 | 2/1/2016 | $140.30 |
| 5/10/2016 | $800.00 | | | $940.30 |
| 5/17/2016 | $400.00 | | | $1,340.30 |
| 6/8/2016 | $230.57 | $ 1,510.72 | 3/1/2016 | $60.15 |
| 6/14/2016 | $715.29 | | | $775.44 |
| 6/21/2016 | $715.29 | | | $1,490.73 |
| 7/7/2016 | $357.65 | $ 1,510.72 | 4/1/2016 | $337.66 |
| 7/12/2016 | $715.29 | | | $1,052.95 |
| 7/19/2016 | $357.65 | | | $1,410.60 |
| 8/3/2016 | $357.65 | $ 1,510.72 | 5/1/2016 | $257.53 |
| 8/10/2016 | $715.29 | | | $972.82 |
| 8/23/2016 | $357.65 | | | $1,330.47 |
| 9/13/2016 | $476.86 | $ 1,510.72 | 6/1/2016 | $296.61 |
| 9/21/2016 | $476.86 | | | $773.47 |
| 10/4/2016 | $476.86 | | | $1,250.33 |
| 10/12/2016 | $476.86 | $ 1,510.72 | 7/1/2016 | $216.47 |
| 10/18/2016 | $476.86 | | | $693.33 |
| 11/22/2016 | $715.29 | | | $1,408.62 |
| 11/29/2016 | $715.29 | $ 1,510.72 | 8/1/2016 | $613.19 |
| 12/6/2016 | $476.86 | | | $1,090.05 |
| 1/9/2017 | $238.45 | | | $1,328.50 |
| 1/10/2017 | $476.86 | $ 1,510.72 | 9/1/2016 | $294.64 |
| 1/17/2017 | $238.43 | | | $533.07 |
| 1/24/2017 | $238.43 | | | $771.50 |

| | | | | |
|---|---|---|---|---|
| 1/31/2017 | $238.43 | | | $1,009.93 |
| 2/10/2017 | $476.86 | | | $1,486.79 |
| 2/27/2017 | $476.87 | $ 1,510.72 | 10/1/2016 | $452.94 |
| 3/3/2017 | $476.87 | | | $929.81 |
| 3/9/2017 | $476.86 | | | $1,406.67 |
| 3/22/2017 | $476.86 | $ 1,510.72 | 11/1/2016 | $372.81 |
| 3/31/2017 | $476.86 | | | $849.67 |
| 5/4/2017 | $600.00 | | | $1,449.67 |
| 5/12/2017 | $830.59 | $ 1,510.72 | 12/1/2016 | $769.54 |
| 5/25/2017 | $476.87 | | | $1,246.41 |
| 6/5/2017 | $476.89 | $ 1,518.68 | 1/1/2017 | $204.62 |
| 7/6/2017 | $1,431.00 | $ 1,518.68 | 2/1/2017 | $116.94 |
| 7/7/2017 | $476.89 | | | $593.83 |
| 8/1/2017 | $1,430.59 | $ 1,518.68 | 3/1/2017 | $505.74 |
| 8/17/2017 | $1,430.59 | $ 1,518.68 | 4/1/2017 | $417.65 |
| 9/5/2017 | $1,518.68 | $ 1,518.68 | 5/1/2017 | $417.65 |
| 10/17/2017 | $1,518.68 | $ 1,518.68 | 6/1/2017 | $417.65 |
| 11/10/2017 | $1,519.00 | $ 1,518.68 | 7/1/2017 | $417.97 |
| 12/5/2017 | $1,519.00 | $ 1,518.68 | 8/1/2017 | $418.29 |
| 1/16/2018 | $1,519.00 | $ 1,518.68 | 9/1/2017 | $418.61 |
| 2/8/2018 | $1,519.00 | $ 1,518.68 | 10/1/2017 | $418.93 |
| 3/6/2018 | $1,519.00 | $ 1,518.68 | 11/1/2017 | $419.25 |
| 4/3/2018 | $1,519.00 | $ 1,518.68 | 12/1/2017 | $419.57 |
| 5/15/2018 | $1,519.00 | $ 1,518.68 | 1/1/2018 | $419.89 |
| 6/19/2018 | $1,519.00 | $ 1,518.68 | 2/1/2018 | $420.21 |
| 7/10/2018 | $1,519.00 | $ 1,518.68 | 3/1/2018 | $420.53 |
| 8/14/2018 | $1,519.00 | $ 1,518.68 | 4/1/2018 | $420.85 |
| 9/25/2018 | $1,356.07 | $ 1,518.68 | 5/1/2018 | $258.24 |
| 11/26/2018 | $1,519.00 | $ 1,518.68 | 6/1/2018 | $258.56 |
| 11/27/2018 | $1,519.00 | $ 1,518.68 | 7/1/2018 | $258.88 |
| 1/8/2019 | $1,510.72 | $ 1,518.68 | 8/1/2018 | $250.92 |
| 2/5/2019 | $1,510.72 | $ 1,518.68 | 9/1/2018 | $242.96 |
| 2/22/2019 | $1,511.00 | $ 1,518.68 | 10/1/2018 | $235.28 |
| 4/16/2019 | $1,511.00 | $ 1,518.68 | 11/1/2018 | $227.60 |
| 6/17/2019 | $1,530.00 | $ 1,518.68 | 12/1/2018 | $238.92 |
| 7/23/2019 | $1,530.00 | $ 1,518.68 | 1/1/2019 | $250.24 |
| 8/22/2019 | $1,530.00 | $ 1,518.68 | 2/1/2019 | $261.56 |
| 9/16/2019 | $3,060.00 | $ 1,518.68 | 3/1/2019 | $1,802.88 |
| | | $ 1,518.68 | 4/1/2019 | $284.20 |
| 10/1/2019 | $1,530.00 | $ 1,518.68 | 5/1/2019 | $295.52 |
| 11/22/2019 | $1,530.00 | $1,534.70 | 6/1/2019 | $290.82 |
| 1/6/2020 | $3,060.00 | $1,534.70 | 7/1/2019 | $1,816.12 |
| | | $1,534.70 | 8/1/2019 | $281.42 |
| 2/19/2020 | $1,530.00 | $1,534.70 | 9/1/2019 | $276.72 |
| 3/31/2020 | $1,533.50 | $1,534.70 | 10/1/2019 | $275.52 |
| 5/11/2020 | $3,060.00 | $1,534.70 | 11/1/2019 | $1,800.82 |
| | | $1,534.70 | 12/1/2019 | $266.12 |

| | | | | |
|---|---|---|---|---|
| | | $1,534.70 | 1/1/2020 | -$1,268.58 |
| | | $1,534.70 | 2/1/2020 | -$2,803.28 |
| | | $1,534.70 | 3/1/2020 | -$4,337.98 |
| | | $1,534.70 | 4/1/2020 | -$5,872.68 |
| | | $1,534.70 | 5/1/2020 | -$7,407.38 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |