# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Shannon R. Wink, | § | Case No. 14-29358 |
| Shannon Hickey | § | Chapter 13 |
| Jeffrey M. Wink | | |
| | § | |
| Debtor(s). | § | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes, Servis One, Inc. dba BSI Financial Services, Inc. by its attorneys, Richard J. Rogers and Cohn, Goldberg & Deutsch, LLC, and in response to the Notice of Final Cure Payment states as follows:

1)   Servis One, Inc. dba BSI Financial Services, Inc. agrees that the Debtors have paid the full amount to cure the default on Creditor's claim.

2)   Servis One, Inc. dba BSI Financial Services, Inc. disagrees that Debtor is current with respect to all payments consistent with §1322 (b) (5).

/s/ Richard J. Rogers
Richard J. Rogers 01980
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, Maryland 21204
(410) 296-2550
Fax: (410) 296-2558
E-mail: bankruptcyecf@cgd-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th of June, 2020 that a copy of the foregoing

Response to Notice of Final Cure Payment was served by first class mail to:

Shannon R. Wink
Shannon Hickey
8137 Woodland Lane
Chesapeake Beach, MD 20732

Jeffrey M. Wink
8137 Woodland Lane
Chesapeake Beach, MD 20732
Debtor(s)


And by electronic filing notification CM/ECF to:

And debtor's(s') counsel:

Paul J. Dougherty, III
1910 Towne Centre Blvd. Suite 250
Annapolis, MD 21401
Counsel to the Debtor(s)


Timothy P. Branigan
9891 Broken Land Parkway Suite 301
Columbia, MD 21046
Chapter Trustee


/s/ Richard J. Rogers
Richard J. Rogers